| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D | US Court of Appeals, 2d Cir. | 04/18/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 40 Foley Square<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | William F. Kerby and Robert S. Potter Fund |
| 2. Lecturer in Law | Columbia Law School |
| 3. Member, Columbia Board of Visitors | Columbia Law School |
| 4. | |
| 5. | |

2008 MAY 20 A 9:17 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement between Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month, no increase, decrease or cap |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Practising Law Institute Book Royalties | $ 2,146.60 |
| 2. 2007 | Gibson, Dunn & Crutcher LLP Retirement Plan | $ 72,000 |
| 3. 2007 | Lecturer in Law, Columbia Law School | $ 7,500 |
| 4. 2007 | Social Security | $ 24,672 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Mass Mutual Disability Payments |
| 2. 2007 | Dewey Ballantine Partnership Distribution |
| 3. 2007 | West Services Inc. |
| 4. 2007 | Social Security Disability Benefit |
| 5. 2007 | Northwestern Mutual Disability Payments |
| 6. 2007 | Katten Muchin Rosenman Retirement Payments |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University | 10/20-21 | Ithaca, NY | Moot Court | Taxi, Air, Hotel, Food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Aadvantage | Credit Card | J |
| 2. | Citibank Aadvantage | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan US Gov't Money Market Morgan Shares | E | Dividend | O | T | redemption | 4/16 | K | | |
| 3. | | | | | redemption | 5/14 | K | | |
| 4. | | | | | redemption | 6/11 | J | | |
| 5. | | | | | redemption | 7/2 | J | | |
| 6. | | | | | redemption | 8/23 | K | | |
| 7. | | | | | redemption | 11/15 | J | | |
| 8. | | | | | redemption | 12/17 | J | | |
| 9. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 10. Dewey Ballantine Partnership Capital Account | | None | K | T | | | | | |
| 11. GD&C CitiStreet 401(k) (X) | D | Interest | O | T | | | | | |
| 12. - SSgA Money Market Fund | | | | | | | | | |
| 13. Oppenheimer Advantage Municipal Liquidity Fund | A | Dividend | K | T | | | | | |
| 14. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 15. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 16. Van Kampen Trust for Invt. Grade NY Municipals | A | Dividend | J | T | | | | | |
| 17. Oppenheimer NY Municipal Fund Cl A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPMorgan Chase Traditional IRA | A | Interest | J | T | | | | | |
| 19. Northwestern Mutual Life Insurance Policy | C | Dividend | L | T | | | | | |
| 20. Guardian Life Insurance Policy | A | Dividend | K | T | | | | | |
| 21. Massachusetts Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |
| 22. Morgan Stanley Bank Deposit Program | A | Dividend | J | T | | | | | |
| 23. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | Dividend | K | T | | | | | |
| 24. MS New York Genl Oblig Ref Ser-C due 4/15/13 | A | Dividend | K | T | | | | | |
| 25. MS NYS DA SECD Hosp Interfaith Med Bond 5.25 due 2/15/14 | C | Interest | L | T | | | | | |
| 26. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | Dividend | K | T | | | | | |
| 27. Morgan Stanley Fed Home Ln Mtg Med Tm N 4% 10/15/10 | B | Interest | K | T | | | | | |
| 28. Morgan Stanley Fed Hm Ln Bk 4% 3/24/11 | B | Interest | K | T | | | | | |
| 29. Morgan Stanley FHLB 5.050% due 2/14/13 | B | Interest | K | T | | | | | |
| 30. Morgan Stanley FHL Mtg Corp Med Term N 5% due 9/15/15 | B | Interest | K | T | | | | | |
| 31. MS Fed Home Ln Mtg Corp Med Term N 5% due 9/15/16 | B | Interest | K | T | | | | | |
| 32. Morgan Stanley Global Dividend Growth Sec A | A | Dividend | J | T | | | | | |
| 33. Morgan Stanley Special Growth Fund B | A | Dividend | J | T | | | | | |
| 34. Morgan Stanley Special Value Fund A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Special Growth Fund A | A | Dividend | J | T | | | | | |
| 36. MS Focus Growth Fd B | A | Dividend | J | T | | | | | |
| 37. Morgan Stanley Franklin NY Tax Free Inc B | B | Dividend | K | T | | | | | |
| 38. Goldman Sachs High Yld Muni A (X) | A | Dividend | K | T | buy | 9/5 | K | | |
| 39. Morgan Stanley Oppen. AMT Free NY Municipal Fd B | C | Dividend | L | T | | | | | |
| 40. JPMorgan Federal Money Market Fund - Morgan (X) | B | Dividend | K | T | buy | 4/16 | K | | |
| 41. | | | | | redemption | 6/13 | K | | |
| 42. | | | | | buy | 8/16 | J | | |
| 43. Fiduciary Holdings ● | C | Int./Div. | M | T | | | | | |
| 44. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 45. -Morgan Stanley MTA NY Transit Zero Coupon Bond due 7/1/13 | | | | | | | | | |
| 46. -Morgan Stanley Franklin NY Tax Free Inc B | | | | | | | | | |
| 47. -Morgan Stanley Oppen. AMT Free NY Municipal Fund B | | | | | | | | | |
| 48. Neuberger State Street Mid Cap Growth Investor Class (X) | A | Dividend | J | T | | | | | |
| 49. MS Active Assets Tax Free Trust (AH) | E | Dividend | O | T | | | | | |
| 50. MS Pioneer Amt Free Muni A (AH) | C | Dividend | L | T | | | | | |
| 51. MS E V Amt Free Muni Bond A (AH) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. MS Phoenix Insight Tax Exempt Bd A (AH) | C | Dividend | L | T | | | | | |
| 53. MS Goldman Sachs High Yld Muni A (AH)(X) | C | Dividend | M | T | buy | 2/1 | L | | |
| 54. | | | | | buy | 3/20 | L | | |
| 55. MS Oppenheimer Amt-Free NY Mun A (AH) | C | Dividend | M | T | buy | 11/6 | L | | |
| 56. MS American Tax-Exempt Bd Fd A (AH) | C | Dividend | L | T | | | | | |
| 57. RHH Trust | E | Interest | M | T | | | | | |
| 58. -Citigroup Bank Deposit Account | | | | | | | | | |
| 59. JP Morgan Federal Money Market Fund - Morgan (X) | B | Dividend | K | T | buy | 4/16 | K | | |
| 60. | | | | | redemption | 6/13 | K | | |
| 61. | | | | | buy | 8/16 | J | | |
| 62. Citi Smith Barney Bank Deposit Program (AH) (X) | D | Interest | M | T | | | | | |
| 63. MS Cash/MMF/Bank Deposit Accounts (AH) (X) | E | Interest | O | T | deposit | 2/12 | P1 | | |
| 64. MS Blackrock Munihldng NY Ins Fd (AH) (X) | A | Dividend | L | T | buy | 11/6 | L | | |
| 65. MS Nuveen NY Invt Qual Muni Fund (AH) (X) | A | Dividend | L | T | buy | 11/9 | L | | |
| 66. MS Van Kampen Muni Income A (AH) (X) | B | Dividend | L | T | buy | 8/3 | L | | |
| 67. MS Van Eck Glob Hard Assets A (AH) (X) | | None | K | T | buy | 7/2 | L | | |
| 68. MS E V AMT Free Muni Bond A (AH) (X) | B | Dividend | L | T | buy | 3/6 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MS American Tax-Exempt Bd Fd A (AH) (X) | B | Dividend | L | T | buy | 5/2 | L | | |
| 70. Ameriprise RiverSource Retirement Portfolio (AH) (X) | E | Int./Div. | O | T | | | | | |
| 71. - RVS VP Sm Cap Value | | | | | buy | 2/13 | J | | |
| 72. | | | | | buy | 7/20 | K | | |
| 73. | | | | | buy | 10/19 | J | | |
| 74. - Vn Kmpn UIF Md Cp Gr | | | | | buy | 2/13 | J | | |
| 75. | | | | | sell | 7/20 | J | | |
| 76. - Vn Kmpn UIF Glb R Est | | | | | buy | 2/13 | J | | |
| 77. | | | | | sell | 7/20 | J | | |
| 78. - RVS VP Fndmntl Value | | | | | buy | 2/13 | K | | |
| 79. | | | | | sell | 7/20 | J | | |
| 80. - PIMCO VIT All Asset | | | | | buy | 2/13 | K | | |
| 81. | | | | | sell | 7/20 | J | | |
| 82. - NeuBrm AMT Intl S Cl | | | | | buy | 2/13 | J | | |
| 83. - Fid VIP Contrafd Cl 2 | | | | | buy | 2/13 | K | | |
| 84. | | | | | sell | 7/20 | J | | |
| 85. - Eaton Van VT Float Rt | | | | | buy | 2/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | sell | 7/20 | J | | |
| 87.  - Crdt Suis Cmdty Rtn | | | | | buy | 2/13 | J | | |
| 88. | | | | | sell | 7/20 | J | | |
| 89.  - ColmbiaMrsico Int Opp | | | | | buy | 2/13 | J | | |
| 90. | | | | | sell | 7/20 | J | | |
| 91.  - Columbia Marsico Grth | | | | | buy | 2/13 | K | | |
| 92. | | | | | buy | 7/20 | J | | |
| 93. | | | | | sell | 10/19 | J | | |
| 94.  - AIM VI Glbl Hlth II | | | | | buy | 2/13 | J | | |
| 95. | | | | | sell | 7/20 | J | | |
| 96.  - Wager Intl Small Cap | | | | | buy | 2/13 | J | | |
| 97.  - AllBern VPS Intl Val | | | | | buy | 2/13 | J | | |
| 98. | | | | | buy | 7/20 | J | | |
| 99.  - Am Cent VP Ultra C II | | | | | buy | 2/13 | J | | |
| 100. | | | | | sell | 7/20 | J | | |
| 101.  - Fid VIP MidCap Cl 2 | | | | | buy | 2/13 | J | | |
| 102.  - Oppenheimer Strat Bnd | | | | | buy | 2/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - RVS VP Div Bond Fd | | | | | buy | 2/13 | L | | |
| 104. | | | | | buy | 7/20 | J | | |
| 105. | | | | | sell | 10/19 | J | | |
| 106.  - RVS VP Div Eq Inc Fd | | | | | buy | 2/13 | K | | |
| 107. | | | | | sell | 7/20 | J | | |
| 108. | | | | | buy | 10/19 | J | | |
| 109.  - RVS VP Emerging Mkts | | | | | buy | 2/13 | J | | |
| 110. | | | | | buy | 7/20 | J | | |
| 111.  - RVS VP Global Bond Fd | | | | | buy | 2/13 | K | | |
| 112. | | | | | buy | 7/20 | J | | |
| 113.  - RVS VP Gbl Infl Prote | | | | | buy | 2/13 | K | | |
| 114. | | | | | sell | 7/20 | J | | |
| 115.  - RVS VP Income Oppt Fd | | | | | buy | 2/13 | K | | |
| 116. | | | | | sell | 7/20 | J | | |
| 117.  - RVS VP Mid Cap Value | | | | | buy | 2/13 | J | | |
| 118. | | | | | sell | 7/20 | J | | |
| 119.  - Van Kampen Comstock | | | | | buy | 2/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | sell | 7/20 | K | | |
| 121. - Janus Aspen Lrg Cap Gr | | | | | buy | 7/20 | K | | |
| 122. - Wanger US Smaller Co | | | | | buy | 7/20 | J | | |
| 123. - RVS Life of NY Fixed | | | | | buy | 7/20 | K | | |
| 124. - AIM VI Intl Growth II | | | | | buy | 7/20 | J | | |
| 125. - Am Cent VP MdCpVa II | | | | | buy | 7/20 | J | | |
| 126. - Oppenheimer Strat Bnd | | | | | buy | 7/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 04/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

CitiStreet is the Custodian for the GD&C 401(K) (Line 11).

Line 48, Neuberger Berman State Street Mid Cap Growth Investor Class was called State Street Manhattan Fund on prior reports.

Line 62, Citi Smith Barney Bank Deposit Program (AH), was inadvertently omitted from the prior report.

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

## IX. CERTIFICATION.

 I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

 I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

<div style="border:1px solid black">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>